# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NODAL TECHNOLOGIES LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § CIVIL ACTION NO. 2:22-CV-00176-JRG-RSP |
| | § |
| T-MOBILE U.S.A., INC. ET AL., | § |
| | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Joint Motion to Dismiss ("Motion") filed by Nodal Technologies LLC ("Plaintiff") and T-Mobile US, Inc. and T-Mobile U.S.A., Inc. (collectively, "Defendants"). (Dkt. No. 57.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the of all claims by Nodal against T-Mobile with prejudice, subject to the terms of a confidential settlement agreement between Nodal and T-Mobile. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by and between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**, subject to the terms of the parties' settlement agreement. Each party is to bear its own costs, expenses, and attorneys' fees relating to this litigation up to the time of dismissal. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 11th day of May, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE